USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4-11-14

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALEXANDER S. ORENSHTEYN,<br><br>                 Plaintiff,<br><br>v.<br><br>INTERNATIONAL BUSINESS MACHINES CORPORATION,<br><br>                 Defendant. | Civil Action No.<br>1:11-cv-05553 (JFK)(RLE) |

## [PROPOSED] ORDER

THIS MATTER having come before the Court by way of Joint Stipulation of Dismissal by Plaintiff Alexander S. Orenshteyn and Defendant International Business Machines, Corp. ("IBM"), seeking dismissal, with prejudice, of Plaintiff's Complaint for Patent Infringement.

IT IS, on this _11_ day of _April_____, 2014,

HEREBY ORDERED that Plaintiff's Complaint for Patent Infringement be dismissed, with prejudice.

                                                _/s/ John F. Keenan_
                                                HON. JOHN F. KEENAN
                                                United States District Judge

FCHS_WS 9993753v1.doc